AO 91 (Rev. 11/11)  Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Thomas Cribbins | Telephone: | (313) 226-9100 |
| Task Force Officer: | Terry Cross-Nelson | Telephone: | (313) 202-3500 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.

William Joseph FRANK Jr.

Case No.

Case: 2:26−mj−30128
Assigned To : Unassigned
Assign. Date : 3/11/2026
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 9, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Terry Cross-Nelson, Task Force Officer - ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 11, 2026__

_____
Judge's signature

City and state: __Detroit, Michigan__

Honorable David R. Grand   U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Terry Cross-Nelson, being duly sworn, depose and state the following:

### I. INTRODUCTION

1. I am a Police Detective with the Detroit Police Department (DPD), having served since November 2002. I was promoted to the rank of Detective in August 2014 and am currently assigned to the Firearms Investigative Team (FIT), a specialized unit formed in collaboration with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), where I serve as a credentialed Task Force Officer. FIT represents a federal partnership focused on addressing firearm-related crimes.

2. With over 23 years of law enforcement experience and more than a decade as a detective, I have specialized in firearm-related investigations throughout my career. This includes conducting over four hundred (400) firearm-related arrests and developing extensive experience investigating offenses such as felon in possession of a firearm and illegal firearm trafficking. I hold two academic degrees, both a Bachelor's degree and a Master's degree in Business and Public Leadership, earned through Cleary University, which, combined with my professional experience, has provided me with a comprehensive understanding of firearm offenses, investigative techniques, and the legal processes required to effectively address these crimes.

1

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The Detroit Police Department and the ATF are currently conducting a criminal investigation into William Joseph FRANK Jr. (DOB: XX/XX/2000) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

## II.   PROBABLE CAUSE

5. I reviewed records related to FRANK's criminal history and learned the following:

   a. On or about December 10, 2021, FRANK was charged with one count of carrying a concealed weapon. On January 18, 2022, FRANK pleaded guilty in the Third Judicial Circuit Court, Wayne County to attempted carrying of a concealed weapon, a felony. FRANK was sentenced to one year of probation.

   b. On or about September 28, 2022, FRANK was charged with one count of carrying a concealed weapon, one count of firearms

2

possession by a felon, and one count of assault with intent to do great bodily less than murder or by strangulation. On February 23, 2023, WYATT pleaded guilty to felon in possession of ammunition in the Sixteenth Judicial Circuit Court, Macomb County, a felony. FRANK was sentenced to 61 days in jail and 731 days of probation.

6. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the number of FRANK's convictions, the fact that FRANK has previously been charged with being a felon in possession of a firearm, and that FRANK pleaded guilty to the offense of felon in possession of ammunition, there is probable cause to believe that FRANK is aware of his status as a convicted felon.

7. On March 9, 2026, at approximately 10:36 p.m., a uniformed Detroit Police officer was patrolling northbound on Joann Street near Greiner Street in Detroit, Michigan, in a fully marked police vehicle. The officer observed a black Chevy Traverse with an Ontario license plate parked on the west side of Joann, directly next to a city park. The officer observed that both the front and rear passenger doors were open.

8. The officer stopped his scout car next to the Chevy Traverse and observed FRANK standing facing the front passenger seat. After illuminating

FRANK with his flashlight, the officer observed a woman climbing from the front passenger seat into the driver's seat with no pants on.

9. The officer then observed FRANK bend down quickly at the front passenger-side door and heard a metal object hit the concrete. FRANK was the only occupant on the passenger side of the SUV when the sound of metal hitting the concrete was heard.

10. Based on the officer's training and experience, the officer recognized that this action was consistent with an individual attempting to discard or conceal contraband or a dangerous weapon.

11. When the officer exited his scout car and walked to the passenger side of the SUV, FRANK's pants and belt were hanging down.

12. The officer illuminated the area underneath the SUV and saw a black handgun with an extended magazine one to two feet under the SUV where officers saw FRANK bend down, in line with the front passenger door. No other metal objects were observed underneath the SUV.

13. The officer detained FRANK and requested an additional scout car for assistance. The officer recovered a black handgun, a Smith & Wesson Bodyguard .380 caliber handgun with an extended magazine containing live .380 caliber ammunition. One round was in the chamber of the handgun.

14. FRANK did not produce a valid Concealed Pistol License (CPL). Officers conducted a Law Enforcement Information Network (LEIN) inquiry and

4

confirmed that FRANK did not possess a valid CPL. FRANK was subsequently placed under arrest and transported to the Detroit Detention Center.

15. At the time FRANK possessed the Smith & Wesson Bodyguard .380 caliber firearm on March 9, 2026, he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year (including felon in possession of ammunition), and had not had his firearm rights restored.

16. On March 11, 2026, I contacted ATF Interstate Nexus Expert, Special Agent Joshua McLean, and provided information about the Smith & Wesson Bodyguard .380 caliber semiautomatic pistol. SA McLean concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

### III. CONCLUSION

17. Probable cause exists to believe that William Joseph FRANK Jr. (DOB: XX/XX/2000), a convicted felon who was aware of his felony convictions, did knowingly and intentionally possess a firearm that traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1). This offense occurred on or about March 9, 2026, in Detroit, Michigan, within the Eastern District of Michigan.

                                            Respectfully submitted,

                                            Terry Cross-Nelson, Task Force Officer
                                            Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Honorable David Grand
Chief United States Magistrate Judge

Dated:  March 11, 2026